JS - 6

O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| KAMAU A. DAVIS, | Case No. CV 14-09486 JGB (AN) |
| Petitioner, | |
| v. | JUDGMENT |
| JIM MCDONNELL, Los Angeles County Sheriff, | |
| Respondent. | |

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice for the reasons set forth in the related Order Summarily Dismissing Habeas Petition.

Dated: December 31, 2014

JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE